IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
vs ) Case No. 3:07CR00005
)
GERRARDO TORRES )

ORDER TERMINATING PROBATION

The above named was placed on probation on March 7, 2007 for a period of five (5) years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from probation, and that the proceedings in the case be terminated.

Dated this 15th day of March, 2012

United States ~~District Court~~ Judge
Magistrate